# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kendrick v. City of Chicago et al.    Case Number: 20-CV-03871

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Timothy Kendrick

Attorney name (type or print): Brittany J. Shaw

Firm: First Defense Legal Aid

Street address: 5100 W. Harrison St.

City/State/Zip: Chicago, IL 60644

Bar ID Number: 6333347
(See item 3 in instructions)

Telephone Number: 800-529-7374

Email Address: brittany@first-defense.org

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes  ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes  ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes  ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes  ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/08/2020

Attorney signature: S/ Brittany J. Shaw
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015