

*259423*

Law firm ref#: 157517-0002

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**Timothy Kendrick**,
    Plaintiff(s),
vs.

**City of Chicago; Officer Vincenzo Lupo #10401; and Officer James Hunt, #11442**,
    Defendant(s).

Case No.: 1:20-CV-03871



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Michael Mitchell , Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **City of Chicago**

I, Served the within named INDIVIDUAL/ENTITY on July 30, 2020 @ 1:14 PM

CORPORATE SERVICE: by leaving a copy of this process with **Toni Pacheco**. (Title): **Administrative Assistant**, a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons; Complaint at Law**

ADDRESS WHERE SERVED: **121 N. LaSalle Street, Room 107, Chicago, IL 60602**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Hispanic** - Hair: **Black** - Approx. Age: **45-50** - Height: **Sitting** - Weight: **150 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of ___IL___

County of ___Cook___

_____
Michael Mitchell , Process Server
Dated __8/13/2020__

This instrument was subscribed and sworn to before me on __8-13-2020__ (date)
By __Michael Mitchell__ (name/s of person/s)

Signature of Notary Public

**OFFICIAL SEAL**
**JEFFREY DANIEL**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/31/21

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303