

**\*259425\***

Law firm ref#: 157517-0002

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Timothy Kendrick,
    Plaintiff(s),

vs.

Case No.: 1:20-CV-03871

City of Chicago; Officer Vincenzo Lupo #10401; and Officer
James Hunt, #11442,
    Defendant(s).



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Christopher Moore, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

INDIVIDUAL/ENTITY TO BE SERVED: **Officer James Hunt, Badge #11442 c/o Chicago Police Department**

I, Served the within named INDIVIDUAL/ENTITY on July 31, 2020 @ 10:30 AM

CORPORATE SERVICE: by leaving a copy of this process with **Officer Gomez.** (Title): **Police Officer,** a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons ; Complaint at Law**

ADDRESS WHERE SERVED: **3510 S. Michigan Ave, Chicago, IL 60653**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Hispanic** - Hair: **Black** - Approx. Age: **42-52** - Height: **5ft 06in** - Weight: **180 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of _Illinois_

Christopher Moore, Process Server
Dated

County of _Cook_

This instrument was subscribed and sworn to before me on _8-14-2020_ (date)
By _Christopher Moore_ (name/s of person/s)

Signature of Notary Public

OFFICIAL SEAL
RENE SILVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/21/24

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL60603
312-855-0303