**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY KENDRICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-CV-3871 |
| | ) | |
| vs. | ) | Honorable Manish S. Shah |
| | ) | |
| CITY OF CHICAGO, and CHICAGO POLICE | ) | |
| OFFICERS VINCENZO LUPO, Star #10401, | ) | |
| JAMES HUNT, Star #1442 | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**

Defendant City of Chicago, by and through its attorney, Mark A. Flessner, Corporation Counsel for the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby moves this honorable Court to extend the time for all Defendants to file responsive pleading(s) to Plaintiff's Complaint by twenty-nine (29) days, up to and including September 18, 2020. In support thereof, Defendant states as follows:

1.      On July 1, 2020, Plaintiff filed a civil action alleging the Defendants violated his Constitutional rights pursuant to 42 U.S.C. § 1983 during an alleged encounter with the Chicago Police Department on or about October 12, 2018. *See* ECF 1.

2.      The deadline for Defendant City to file a responsive pleading is currently August 24, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3.      Upon information and belief, all Defendant Officers have been served.

4.      This motion is on behalf of Defendant City, but in the interests of efficiency, Defendant City requests this extension apply to all Defendants.

5.     In order to properly prepare a responsive pleading, defense counsel require additional time to obtain and review relevant documents, meet with all Defendant Officers, and evaluate the most appropriate response to Plaintiff's Complaint.

6.     Federal Rule of Civil Procedure 6 provides that: "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Such an extension is warranted in this case.

7.     Defendant City respectfully requests a twenty-nine (29) day extension of time from August 20, 2020, to September 18, 2020, for all Defendants to file their answer or otherwise plead to Plaintiff's Complaint.

8.     This motion is brought in good faith and is not intended to cause undue delay. No prejudice will result to Plaintiff by the granting of this motion.

9.     Counsel for Defendant City, Max C. Boose, contacted Plaintiff's counsel on August 13, 2020. Plaintiff does not oppose this motion.

WHEREFORE, Defendant City respectfully requests this Court to grant all Defendants an extension of time up to and including September 18, 2020, to answer or otherwise plead in response to Plaintiff's Complaint.

Dated: August 20, 2020

Respectfully submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

BY:     */s/ Max C. Boose*
Max C. Boose
Assistant Corporation Counsel

Max Boose, Assistant Corporation Counsel
Elizabeth Hanford, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-7684
Atty. No. 6320334
Max.Boose@cityofchicago.org
*Attorneys for Defendant City of Chicago*

## CERTIFICATE OF SERVICE

I, Max C. Boose, an attorney, hereby certify that on August 20, 2020, I electronically filed the foregoing **Defendant City of Chicago's Unopposed Motion for an Extension of Time for All Defendants to Respond to Complaint**, with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, serving a copy of the same on all parties and counsel of record.

*/s/ Max C. Boose*
Max C. Boose
Assistant Corporation Counsel

1