# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Timothy Kendrick

                      Plaintiff,

v.                                                   Case No.: 1:20−cv−03871
                                                         Honorable Manish S. Shah

City Of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [16] is granted. Defendants must respond to the complaint by 9/18/20, and the parties shall file the initial status report by 9/18/20 as well. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.