**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY KENDRICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-3871 |
| | ) | |
| v. | ) | Honorable Judge Manish S. Shah |
| | ) | |
| CITY OF CHICAGO and | ) | Magistrate Judge: Heather K. McShain |
| CHICAGO POLICE OFFICERS | ) | |
| VINCENZO LUPO, Star#10401 and | ) | |
| JAMES HUNT, Star#11442, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Brittany Shaw
/s/ Daniel Massoglia

Brittany Shaw
Daniel Massoglia
Attorneys for the plaintiff, Timothy Kendrick
FIRST DEFENSE LEGAL AID
5100 W. Harrison St.
Chicago, IL 60644
daniel@first-defense.org
(336) 575-6968
Shaw Attorney No. 6333347
Massoglia Attorney No. 6317393
DATE: 12-3-20

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation
MARK A. FLESSNER
Corporation Counsel
Attorney for City of Chicago

BY: /s/ Victoria Benson
Victoria Benson
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 12/4/2020

/s/ Elizabeth Hanford

Elizabeth Hanford
Assistant Corporation Counsel III
Attorney for Vincenzo Lupo and James Hunt
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5113
Attorney No. 6324009
DATE: 12/4/2020